

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00045-CV

Clark E. **SADLER**, Clark D. Sadler, and Nancy Sadler,
Appellants

v.

Arthur **ERFURTH** and Beverly Erfurth,
Appellees

From the 218th Judicial District Court, Frio County, Texas
Trial Court No. 07-08-00296-CVF
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  May 15, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

        Appellants filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  All costs of appeal are taxed against the party who incurred them.  *See* TEX. R.

APP. P. 42.1(d).

PER CURIAM